PROB 12C
(7/93)

Report Date: March 2, 2015

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### Eastern District of Washington

MAR 0 3 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Lee George          Case Number: 0980 2:08CR02137-WFN-1

Address of Offender: ███████████████ Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 29, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 51 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 5, 2012 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: October 4, 2015 |

## PETITIONING THE COURT

#### To issue a warrant.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. George was cited for driving under the influence, first degree driving while license suspended, and operating a vehicle without ignition interlock, Yakima District Court case number 5Z0119171 on February 26, 2015.<br><br>According to the Yakima District Court docket, bail was set at $75,000.  His next hearing is scheduled for March 3, 2015. |
| 2 | **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. |

Prob12C
**Re: George, Steven Lee**
**March 2, 2015**
**Page 2**

> **Supporting Evidence:** Mr. George has failed to make a monthly restitution payment for the past 4 months as of March 2, 2015.
>
> Mr. George signed a restitution payment agreement to make monthly installments in the amount of $25 per month. Mr. George's last payment was made on October 1, 2014.

3       **Special Condition # 17:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

> **Supporting Evidence:** Mr. George was under the influence of alcohol on February 26, 2015.
>
> According to the Washington State Patrol's arrest report, Mr. George submitted to two breath samples that were accepted by the Draeger Alcotest 9510 device with results of .184/.179 and .182/.176.

The U.S. Probation Office respectfully recommends the Court issue a warrant and be placed as a detainer for the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 2, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

3/3/15
_____
Date