PROB 12C
(6/16)

Report Date: March 3, 2017

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2017

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Lee George      Case Number: 0980 2:08CR02137-MKD-1

Address of Offender: 151 N. Oldenway, Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: June 29, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 51 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (06/24/2015) | Prison - Credit for time served (102 days); TSR - 32 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | June 24, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | February 23, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number       Nature of Noncompliance

1         **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

          **Supporting Evidence**: Mr. George failed to follow the instructions of this officer by not showing up for Sobriety Treatment and Education Program (STEP) Court on March 1, 2017.

          Mr. George participated in STEP Court on February 15, 2017. At the conclusion of STEP Court, Mr. George was given verbal and written instructions to report back to the next STEP Court session on March 1, 2017, at 11 a.m.

Prob12C
**Re: George, Steven Lee**
**March 3, 2017**
**Page 2**

| | | |
|---|---|---|
| 2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. | |

**Supporting Evidence**: Mr. George failed to show up for his Moral Recognition Therapy (MRT) class at Merit Resources Services( Merit) in Wapato, Washington, on March 1, 2017.

3   **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 16, 2017, Mr. George provided a urinalysis test at Merit in Wapato. The urinalysis sample was sent to the lab for testing. On or about March 1, 2017, the urinalysis returned from the lab, showing positive results for marijuana.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/03/2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*m. k. Dimke*

Signature of Judicial Officer
3/3/2017

Date