PROB 12C
(6/16)

Report Date: October 5, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Lee George | Case Number: 0980 2:08CR02137-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: June 29, 2009

Original Offense:       Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 51 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(06/24/2015) | Prison - 105 days<br>TSR - 32 months | |
| Revocation Sentence:<br>(03/20/2017) | Prison - 11 days<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 21, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 20, 2019 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: On March 28, 2017, Mr. George was given a copy of his judgment and his conditions of supervision were explained to him.  Mr. George signed the judgment reflecting that he understood his conditions fully.<br><br>On April 5, 2017, Mr. George was instructed to report to this officer on or before the fifth day of each month.  As of October 5, 2017, Mr. George has failed to report to the undersigned probation officer. Multiple attempts to contact Mr. George at his residence have been made with no success.  On September 26 and October 3, 2017, this officer left business cards with instructions for Mr. George to contact this officer.  On October 2, 2017, this officer received a call from Mr. George's live-in girlfriend, Alison Gardee. Ms. Gardee stated she could no longer relay this officer's messages to Mr. George as she was too busy with her own obligations.  I asked her to inform Mr. George to report to this officer by October 3, 2017.  Mr. George has not reported to this officer as instructed. |

Prob12C
Re: George, Steven Lee
October 5, 2017
Page 2

    2    **Special Condition # 19**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: On March 28, 2017, Mr. George was given a copy of his judgment and his conditions of supervision were explained to him. Mr. George signed the judgment reflecting that he understood his conditions fully.

    On April 6, 2017, Mr. George completed a substance abuse assessment at Merit Resource Services (Merit) and was recommended to complete an outpatient substance abuse counseling program. On April 19, 2017, Mr. George was scheduled to begin his outpatient program, but he failed to show. His first group attended was on May 3, 2017. Mr. George maintained marginal compliance until September 11, 2017, when he missed a group. Mr. George was mailed a 5-day letter in attempts to engage him to continue with his treatment program. Mr. George was given until September 21, 2017, to contact Merit or his file would be closed. Mr. George failed to contact Merit and he was terminated from treatment.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | October 5, 2017 |
| --- | --- |
| | s/Arturo Santana |
| | Arturo Santana<br>U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[xx] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*

10/5/2017
Date